tiorari granted limited to Question II. In addition, the parties are requested to address the following question: "What is the applicability, if any, of the dual sovereignty doctrine to successive prosecutions by two different states?"

No. 84–5630. THOMAS v. ARN, SUPERINTENDENT, OHIO REFORMATORY FOR WOMEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

(See also No. 84–6049, *supra.*)

No. 82–1974. CITY OF MACON v. JOINER ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–257. CITY COUNCIL OF AUGUSTA, GEORGIA v. ALEWINE ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–321. ALABAMA v. STURDIVANT. Sup. Ct. Ala. Certiorari denied.

No. 84–693. HARRELL v. UNITED STATES; and
No. 84–5748. HAWKINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–700. WEST MICHIGAN BROADCASTING CO. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–924. SMITH v. RUSSELL. Sup. Ct. Fla. Certiorari denied.

No. 84–955. BELL v. BELL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 84–961. VANCE ET AL. v. TENNESSEE VALLEY AUTHORITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–974. BATTIPAGLIA ET AL. v. NEW YORK STATE LIQUOR AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.